761 A.2d 87

IN THE MATTER OF STUART P. SCHLEM,
AN ATTORNEY AT LAW.

November 3, 2000.

## ORDER

The Disciplinary Review Board on May 8, 2000, having filed with the Court its decision concluding that **STUART P. SCHLEM** of **MANALAPAN**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *R.* 1:21–6 (recordkeeping requirements), *RPC* 1.15(d) (requiring compliance with *R.* 1:21–6), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **STUART P. SCHLEM** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.